UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **JACOB BARNES,** *et al.* | * | Civil Action No. 1:21-cv-00024 |
| | * | |
| | * | **District Judge David C. Joseph** |
| **VERSUS** | * | |
| | * | **Magistrate Judge Joseph Perez-Montes** |
| | * | |
| **DRESSER, LLC,** *et al.* | * | **JURY DEMAND** |

## FIRST AMENDED COMPLAINT FOR DAMAGES AND PROPOSED CLASS ACTION

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully desire to amend their original *COMPLAINT FOR DAMAGES AND PROPOSED CLASS ACTION* (the "Complaint") (R. Doc. 1).

A.

In accordance with Rule 15(a)(1) of the Federal Rules of Civil Procedure, amendment is allowed as a matter of course and no leave of court or opposing party consent is required.

B.

Plaintiffs amend Paragraph 7 of the Complaint to add the following parties:

"7. Made Plaintiffs herein are the following:

   ***

  lxxix. **CHAZ CANNOVA,** a person of the full age of majority who owns property and resides at 1712 W. Medalist Drive, Pineville, Louisiana 71360;

  lxxx. **EMILY V. BAUM** and **RYAN CHASE BAUM**, persons of the full age of majority who own property and reside at 8108 Titleist Drive, Pineville, Louisiana 71360;

    **lxxxi.** **MARK CHANDLER** and **PAM CHANDLER**, persons of the full age of majority who own property and reside at 8113 Titleist Drive, Pineville, Louisiana 71360;

    **lxxxii.** **FRANK GRIMES, SR.** and **MARGARET W. GRIMES**, persons of the full age of majority who own property and reside at 8112 Titleist Drive, Pineville, Louisiana 71360."

C.

Plaintiffs re-allege and reiterate all of the allegations, prayers, and exhibits of their original Complaint and adopt said allegations, prayers, and exhibits by reference as though fully set forth herein.

    Respectfully submitted,

By:    */s/ Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr. (T.A.)(La. #20645)
jfaircloth@fairclothlaw.com
Barbara Bell Melton    (La. #27956)
bmelton@fairclothlaw.com
Mary Katherine Price    (La. # 38576)
kprice@fairclothlaw.com
Richard F. Norem, III    (La. # 38849)
enorem@fairclothlaw.com
105 Yorktown Drive
Alexandria, Louisiana 71303
Telephone: (318) 619-7755
Facsimile: (318) 619-7744

***ATTORNEYS FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the above and foregoing *First Amended Complaint for Damages and Proposed Class Action* for filing and uploading to the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

Alexandria, Louisiana, this 8th Day of January, 2021.

                              */s/ Jimmy R. Faircloth, Jr.*
                                 OF COUNSEL