UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JACOB BARNES, ET AL.** | **CIVIL DOCKET NO. 1:21-cv-0024** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DRESSER, LLC, ET AL.** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

IT IS ORDERED that, for the reasons stated on the record at the Ex Parte Hearing on August 28, 2024, the claims of Plaintiff Ann Rogers are DISMISSED WITH PREJUDICE.

Thus, done and signed in Chambers on this 28th day of August 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE