UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JOSHUA DARA & JOSEPH MCLAREN** | **CASE NO. 1:21-CV-00024** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DRESSER, LLC, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### FRCP 54(B) PARTIAL FINAL JUDGMENT

A bellwether jury trial in the above-referenced matter commenced on October 28, 2024 and concluded on November 6, 2024.

Following the presentation of testimony and other evidence, the matter was submitted to the jury, and following instruction by the Court, the jury rendered a verdict on November 6, 2024 [Doc. 312].

Pursuant to FRCP 54(b), and considering the jury's verdict:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Defendants Dresser, LLC and General Electric Company and against Plaintiffs Joshua Dara and Joseph McLaren.

THUS, DONE AND SIGNED in Chambers on this 24th day of June 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE